# United States Bankruptcy Court
For The
District of Nevada

Case No: 09-51819-GWZ

**IN RE:** RUSSELL D. JOHNS            NANCY J. JOHNS              SSN #1: XXX-XX-7449
1688 GEMTOWN DRIVE           1688 GEMTOWN DRIVE          SSN #2: XXX-XX-8426
RENO, NV 89521               RENO, NV 89521

### CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that William A. Van Meter, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the Claims Bar Date.

PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claims(s) filed with the Clerk contains the same information set forth on the attached List of Scheduled and Filed Claims to include but not limited to: (1) the creditor's claim was filed or not filed; (2) the creditor's address to receive payments is accurate; (3) the claim amount is accurate; (4) that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "not filed" or such other applicable classification, is accurate; (5) and that the treatment and payment of each creditor's claim including, if appropriate, the payment of and rate of interest, is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy court, is not accurate for any reason, including the reasons set forth above, then you must timely file a written objection to the <u>Chapter 13 Trustee's Notice to Debtor(s) and Creditors of filed Claims, Classification and Proposed Distribution</u> on or before <u>April 30, 2010.</u> The written objection must be filed or e-filed with the Clerk of the U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is P.O. Box 6630, Reno, NV 89513, along with the date, time and place of the hearing on the objection.

PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the <u>Chapter 13 Trustee's Notice to Debtor(s) and Creditor(s) of filed claims, Classification and Proposed Distribution</u>. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following List of Scheduled and Filed Claims is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. The Plan provides that the Debtor will pay a specific dollar amount into the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon the amount of all claims ultimately allowed in this case.

# United States Bankruptcy Court
For The
District of Nevada

Case No: 09-51819-GWZ

**IN RE:** RUSSELL D. JOHNS  
1688 GEMTOWN DRIVE  
RENO, NV 89521

NANCY J. JOHNS  
1688 GEMTOWN DRIVE  
RENO, NV 89521

SSN #1: XXX-XX-7449  
SSN #2: XXX-XX-8426

## LIST OF SCHEDULED AND FILED CLAIMS

| Claim # | Name and Address of Creditor | Amount | Expected Dist. | Classification |
|---|---|---|---|---|
| 799 | KEVIN A. DARBY, ESQ. / DARBY LAW PRACTICE, LTD.<br>4777 CAUGHLIN PARKWAY / RENO, NV 89519 | 4,275.00 | 4,275.00 | Attorney |
| 003A | EMC MORTGAGE CORPORATION / ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 299013 / LEWISVILLE, TX 75029-3150 | 10,125.48 | 10,125.48 | Secured |
| 012A | U.S. BANK, N.A. / 4801 FREDERICA STREET<br>OWENSBORO, KY 42301 | 5,891.11 | 5,891.11 | Secured |
| 001 | U.S. BANK/RETAIL PAYMENT SOLUTIONS / BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229 / CINCINNATI, OH 45201-5229 | 13,044.28 | PRORATA | Unsecured |
| 002 | U.S. BANK/RETAIL PAYMENT SOLUTIONS / BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229 / CINCINNATI, OH 45201-5229 | 429.00 | PRORATA | Unsecured |
| 005 | COLLECTION SERVICE OF NEVADA / 777 FOREST STREET<br>RENO, NV 89509 | 252.94 | PRORATA | Unsecured |
| 006 | WELLS FARGO BANK, N.A. / P.O. BOX 10438<br>MAC X2505-016 / DES MOINES, IA 50306 | 10,772.36 | PRORATA | Unsecured |
| 007 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 19,736.97 | PRORATA | Unsecured |
| 008 | BAC HOME LOAN SERVICING, LP / 7105 CORPORATE DRIVE<br>PLANO, TX 75024 | | | ACCRUE<br>120,109.67 |
| | This claim is an allowed claim because a proof of claim has been filed but the Debtor's confirmed plan does not provide that the claim is to be paid by the Trustee. Accordingly, the claim will not be paid by the Trustee. It is anticipated that the creditor will seek stay relief because the plan did not adequately provide for the claim or that the Debtor will object to the claim, pay the claim directly or seek to modify the plan to provice for the claim. | | | |
| 009 | CHASE BANK USA, N.A. / eCAST SETTLEMENT CORP.<br>P.O. BOX 35480 / NEWARK, NJ 07193-5480 | 21,361.97 | PRORATA | Unsecured |
| 010 | HARTSKO FINANCIAL SERVICES, LLC / C/O GERALD A. PHILLIPS, ESQ.<br>P.O. BOX 11400 / RENO, NV 89510 | 28,826.49 | PRORATA | Unsecured |
| 011 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 24,529.15 | PRORATA | Unsecured |
| 107 | BANK OF AMERICA, N.A. / P.O. BOX 26012<br>NC4-105-03-14 / GREENSBORO, NC 27420 | None | None | Not Filed<br>.00 |
| 109 | DOUBLE DIAMOND RANCH MASTER ASSOC. / P.O. BOX 12367<br>RENO, NV 89511 | None | None | Not Filed<br>.00 |
| 110 | DOUBLE DIAMOND RANCH MASTER ASSOC. / P.O. BOX 12367<br>RENO, NV 89511 | None | None | Not Filed<br>.00 |

4V

# United States Bankruptcy Court
For The
District of Nevada

Case No: 09-51819-GWZ

**IN RE:** RUSSELL D. JOHNS        NANCY J. JOHNS             SSN #1: XXX-XX-7449
1688 GEMTOWN DRIVE               1688 GEMTOWN DRIVE         SSN #2: XXX-XX-8426
RENO, NV 89521                   RENO, NV 89521

## LIST OF SCHEDULED AND FILED CLAIMS

| Claim # | Name and Address of Creditor | Amount | Expected Dist. | Classification |
|---|---|---|---|---|
| 111 | FIRST DATA / P.O. BOX 407092<br>MAIL STOP 189/ATTN:LYNN STOLE / FT. LAUDERDALE, FL 33340 | None | None | Not Filed<br>.00 |
| 112 | JC PENNEY / C/O GE MONEY BANK<br>P.O. BOX 103104 / ROSWELL, GA 30076 | None | None | Not Filed<br>.00 |
| 003 | EMC MORTGAGE CORPORATION / ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 299013 / LEWISVILLE, TX 75029-3150 | | | DirectPay<br>254,830.79 |
| 004 | WELLS FARGO BANK, N.A. / P.O. BOX 14469<br>MAC X2303-01A / DES MOINES, IA 50306-9655 | | | DirectPay<br>201,392.48 |
| 012 | U.S. BANK, N.A. / 4801 FREDERICA STREET<br>OWENSBORO, KY 42301 | | | DirectPay<br>214,450.62 |
| 114 | MCCALLA RAYMER, LLC / BANKRUPTCY DEPARTMENT<br>1544 OLD ALABAMA RD. / ROSWELL, GA 30076 | | | DirectPay<br>.00 |

Total     259,354.42

Debtor   RUSSELL D. JOHNS              NANCY J. JOHNS
         1688 GEMTOWN DRIVE            1688 GEMTOWN DRIVE
         RENO, NV 89521                RENO, NV 89521

Dated: Mar 31, 2010

/S/ Bea Meyers

Bea Meyers